## Cochran v. Cope.

(Decided March 20, 1925.)

### Appeal from McCracken Circuit Court.

Appeal and Error—Judgment Affirmed on Both Original and Cross-Appeal where Neither Party Files Brief.—Where neither party to appeal filed a brief, judgment of lower court must be affirmed on both original and cross appeal.

WHEELER & HUGHES for appellant.

L. B. ALEXANDER for appellee.

OPINION OF THE COURT BY JUDGE DIETZMAN—Affirming on both original and cross appeal.

Neither party to this appeal has filed a brief. Therefore, under the well settled rule of this court, the judgment of the lower court must be affirmed on both the original and cross appeal. Suter v. Christian, 199 Ky. 495, 251 S. W. 619; Guardian Life Insurance Co. v. Zimlich, 198 Ky. 616, 250 S. W. 139.

Judgment affirmed.